UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL RIGHTS COMPLAINT

MAR 13 2026 PM 12:23
FILED-USDC-CT-NEW HAVEN

Arnold Stephanie
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Conklin Daniel - Detective
Carr Cherelle - Sergeant
( New Haven Police Department )

Case No. _____
(To be supplied by the court)

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

A. PARTIES

1. Stephanie Arnold is a citizen of Connecticut who
   (Plaintiff)                              (State)
   presently resides at 48 Waverly Street New Haven CT 06511.
                        (mailing address)

2. Defendant Cherelle Carr is a citizen of Connecticut
            (name of first defendant)           (State)
   whose address is 1 Union Avenue, New Haven CT 06519,
   and who is employed as Sergeant Carr, New Haven Police department
                          (title and place of employment)

1

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

Failing to intervene, Fabrication of evidence

3. Defendant **Daniel Conklin** is a citizen of **Connecticut**
   (name of second defendant)                            (State)

whose address is **1 Union Ave New Haven CT 06519**

and who is employed as **Detective Conklin, New Haven Police department**
   (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

Fabrication of evidence, Failing t SA

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   ✓ _____ 42 U.S.C. § 1983 (applies to state defendants)

   NA _____ **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   NA

**C. NATURE OF THE CASE**

**BRIEFLY** state the background of your case.

Plaintiff reported sexual assault and was promised protection and an investigation. Despite a full no contact protective order in place against her abuser, police repeatedly failed to respond to safety incidents or enforce the protective order and ignored multiple reports of harassment and breakins at the plaintiffs residence. After plaintiff filed a report with internal affairs regarding lack of response and misconduct, her 911 call response decreased and the police officers stopped responding to her safety incidents. Plaintiff also learned her sexual assault information was shared by Defendant Carr with a housing employee without her consent. As a result the plaintiff continues to experience emotional distress due to the defendents actions.

**D. CAUSE OF ACTION**

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Deliberate indifference to Plaintiffs Safety and failure to protect

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) On December 23, 2026, Plaintiff was sexually assaulted by Tyrelle Walton in New Haven CT. Plaintiff reported the assault to the New Haven Police Department and was interviewed by Detective Romano and another Detective at the police station on February 2024. A full no contact protective order was issued against Tyrelle Walton February 2024 and despite that order, Walton repeatedly appeared near plaintiffs residence while wearing a GPS moniter, after being released from jail in January 2024.
On multiple occasions plaintiff reported these safety concerns to the New Haven Police Department. Police failed to enforce the protective order, despite being aware of the violations.
Plaintiff also reported multiple ~~safety~~ sa breakins at her residence and officers failed to plaintiffs calls for assistance.

**Claim II:** Retaliation for~~ after filing complaints of misconduct

**Supporting Facts:** After months of recieving no contact or assistance reguarding the sexual assault investigation and safety concerns, Plaintiff filed a complaint with Internal Affairs.
Plaintiff spoke with Detective Conklin and Sergeant Carr reguarding the complaint and sexual assault.
After the plaintiff filed the complaint, emergency calls to the New Haven Police Department decreased, transferred to non emergency lines or disconnected.
Plaintiff believes the lack in police response occured as ~~a~~ SA in retaliation for filing complaints reguarding police misconduct.

**Claim III:** Unauthorized disclosure of Sexual assault information

**Supporting Facts:**
During a conference call on December 9-10 2025 Sergeant Carr admitted that she was a liason for the New Haven housing Authority and disclosed the plaintiffs sexual assault information to a housing employee Monica Wolfork.
Plaintiff did not authorize the disclosure of this information to any third party or housing employee.
The disclosure of the Plaintiffs sexual assault without her consent caused additional distress and compromised plaintiffs safety.

4

## E. REQUEST FOR RELIEF

I request the following relief:

- Compensatory damages for emotional distress, trauma and violation of civil rights.
- Monetary damages in the amount of $200,000 for harm caused by Defendants actions.
- ~~SA~~
- Any additional relief that is deemed appropriate.

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes ✓    No ___

_____    _____
Original signature of attorney (if any)    **Plaintiff's Original Signature**

                                            Stephanie Arnold
_____    _____
Printed Name                        Printed Name

                                            48 Waverly St
                                            New Haven CT 06511
_____    _____

( )                                 (20) 689·6406
_____    _____
Attorney's full address and telephone    Plaintiff's full address and telephone

                                            Stephaniearnld@yahoo.com
_____    _____
Email address if available          Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
                    (location)                    (date)

_____
                            **Plaintiff's Original Signature**

(Rev. 3/21/16)